**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

JAN 2 7 2015

CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AVALYNA ROBLES-GALLEGOS (2),<br><br>Defendant. | CASE NO. 14CR1134 JM<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offenses as charged in the Indictment:

18 USC 1591(a)and(b) - Sex Trafficking of Children;

18 USC 1594(c) - Conspiracy to Commit Sex Trafficking of Children

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: January 23, 2015

Jeffrey T. Miller
U.S. District Judge